IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C., <br><br> Plaintiff, <br><br> v. <br><br> VERITAS GENETICS INVESTMENT GROUP, LLC; RICHMOND HONAN DEVELOPMENT AND ACQUISITIONS, LLC; and SCOTT HONAN, <br><br> Defendants. | CIVIL ACTION <br> FILE NO. 1:20-CV-05295-CAP |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff/Counter-Defendant Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. ("Baker Donelson") and Defendants/Counter-Plaintiffs Veritas Genetics Investment Group, LLC, Richmond Honan Development and Acquisitions, LLC, and Scott Honan stipulate and agree to the dismissal *with prejudice* of any and all claims asserted by Plaintiff/Counter-Defendant and Defendants/Counter-Plaintiffs in the above-styled action. All parties agree to bear their own attorneys' fees and costs.

Respectfully submitted this 2nd day of February, 2021.

| | |
|---|---|
| **BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C.**<br><br>*s/ Matthew J. Leonard, Esq.*<br>MATTHEW J. LEONARD<br>Georgia State Bar No. 101944<br>Monarch Plaza, Suite 1600<br>3414 Peachtree Road NE<br>Atlanta, GA 30326<br>Telephone: (404) 577-6000<br>Facsimile: (404) 221-6501<br>mleonard@bakerdonelson.com<br><br>JOHN S. HICKS<br>Tennessee Bar No. 10478<br>Admitted *Pro Hac Vice*<br>Baker Donelson Center<br>211 Commerce Street, Ste 800<br>Nashville, TN 37201<br>Telephone: (615) 726-5600<br>Facsimile: (615) 726-0464<br>jhicks@bakerdonelson.com<br><br>*Attorneys for Plaintiff* | **KAPLAN, BOGUE & COOPER, P.C.**<br><br>*s/ Michael C. Kaplan, Esq.*<br>MICHAEL C. KAPLAN, Esq.<br>Georgia Bar No. 407225<br>5909 Peachtree Dunwoody Rd.,<br>Ste 990-D<br>Atlanta, GA 30328<br>(678) 384-7027 Telephone<br>mkaplan@kbclegal.com<br><br>*Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE has this date been served upon all counsel of record via the Court's ECF system, which automatically sends an electronic copy as follows:

Michael C. Kaplan, Esq.
Kaplan, Bogue & Cooper, P.C.
5909 Peachtree Dunwoody Rd., Ste 990-D
Atlanta, GA 30328
Attorney for Defendants

This 2nd day of February, 2021.

BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC

s/ *Matthew J. Leonard*

| | |
|---|---|
| Monarch Plaza, Suite 1600 | MATTHEW J. LEONARD |
| 3414 Peachtree Road NE | Georgia State Bar No. 101944 |
| Atlanta, GA 30326 | JOHN S. HICKS |
| Telephone: (404) 577-6000 | Tennessee Bar No. 10478 |
| Facsimile: (404) 221-6501 | Admitted *Pro Hac Vice* |
| mleonard@bakerdonelson.com | |

*Attorneys for Baker, Donelson,
Bearman, Caldwell & Berkowitz, P.C.*

Baker Donelson Center
211 Commerce Street, Ste 800
Nashville, TN 37201
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
jhicks@bakerdonelson.com